**Electronically Filed
Supreme Court
SCWC-30110
06-JUN-2011
08:42 AM**

SCWC-30110

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RICHARD NELSON III, KALIKO CHUN, JAMES AKIONA, SR.,
SHERILYN ADAMS, KELII IOANE, JR., and CHARLES AIPIA (deceased),
Respondents/Plaintiffs/Appellants,

vs.

HAWAIIAN HOMES COMMISSION, THE DEPARTMENT OF HAWAIIAN HOME LANDS,
KAULANA H.R. PARK in his official capacity as Chair of the
Hawaiian Homes Commission, PERRY ARTATES, ALAPAKI NAHALE-A,
DONALD S.M. CHANG, STUART HANCHETT, MALIA KAMAKA, FRANCIS LUM,
TRISH MORIKAWA, and HENRY K. TANCAYO, in their official
capacities as members of the Hawaiian Homes Commission,
Respondents/Defendants/Appellees,

and

KALBERT K. YOUNG, in his official capacity as the State Director
of Finance, and the STATE OF HAWAIʻI,
Petitioners/Defendants/Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO.07-1-1663-08)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, J., for the court[1])

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy and McKenna, JJ.,

The Application for Writ of Certiorari filed on May 4, 2011 by Kalbert K. Young and the State of Hawaiʻi, Petitioners/Defendants/Appellees, is accepted and will be scheduled for oral arguments. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, June 6, 2011.

FOR THE COURT:

/s/ Sabrina S. McKenna

Associate Justice



GIRARD D. LAU
CHARLEEN M. AINA
Deputy Attorneys General for
Petitioners/Defendants/Appellees,
State of Hawaiʻi and Kalbert K. Young,
in his official capacity as the State
Director of Finance

DAVID KIMO FRANKEL
ALAN T. MURAKAMI
Native Hawaiian Legal Corporation for
Respondents/Plaintiffs/Appellants,
Richard Nelson III, Kaliko Chun, James Akiona,
Sherilyn Adams, Kelii Ioane, Jr. and
Charles Aipia (deceased)